■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE LOUIS CASTRO, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed August 5, 1975. Sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Margett, Acting P. J., Damiani, Rabin, Shapiro and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO GREEN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 30, 1974, convicting him of criminally selling a dangerous drug in the second degree and criminal possession of a dangerous drug in the second and fourth degrees, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of criminal possession of a dangerous drug in the fourth degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. The findings of fact are affirmed. The fact that no objection was taken by appellant at Criminal Term to the inclusion of the count herewith dismissed is immaterial (see *People v Grier,* 37 NY2d 847; *People v Stubbs,* 51 AD2d 1063). Latham, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSH MINNICK, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered January 24, 1975, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. In the circumstances of this joint trial, where the proof was clear and convincing, we believe that the failure to sever appellant's case upon the codefendant's disaffirmance of his oral confession, which confession was testified to by detectives, was, at best, harmless error beyond a reasonable doubt. We have examined appellant's remaining contentions and find them to be without merit. Martuscello, Acting P. J., Cohalan, Margett, Damiani and Hawkins, JJ., concur.